🔍 Search   Call us on 800 768 5691   My Account   Gift Certificates   Sign in or Create an account



HOME   PRF EDUCATION   ABOUT US   CONTACT US   BLOG   SHIPPING & RETURNS   RSS SYNDICATION

 0

## CATEGORIES

- Blood Handling ⌄
- Bone Graft Bio-Materials ⌄
- Bone Graft Instruments
- CHOUKROUN'S CENTRIFUGE
- Composite Finishing Carbide Burs
- Dental Instruments
- Gloves ⌄
- Implants Guides and pilot drills
- Medical Equipment
- Other Centrifuges
- PRF Box and Instruments
- PRF CENTRIFUGE
- PRF Educational Courses
- Steri-pack for Blood Collection Tubes
- Sterile Drapes Disposables
- Surgical Lighting

Home / RSS Syndication

# RSS SYNDICATION

The US court decided to Deny Intra-Lock's petition to stop Boca Dental and Choukroun selling Choukroun PRF Centrifuge and supplies in USA.  we consider it as a big initial win, but the case continues. We all know that the original PRF is from Dr.Choukroun; intralock just made a copy of the system and obtained a 510k for the intraspin system, in order to have an FDA approval for branding and marketing the intra-spin system. At the same time they would sue anyone selling PRF supplies in USA.

See all legal document **here**

 Is important to note that when intra-lock applied for the FDA 510k, intra-lock used a predicate device (Harvest) that uses an steril kit of tubes to handle the blood; but the tubes that intra-lock sells with the intra-spin system are not individually wrapped or steril on the outside surface and cap of the tubes, so those tubes are pyrogenic and could get patients sick,sent to the hospital or cause death.

Intralock sent a summary to the FDA with the statement that the intraspin system is as safe as the predicate device, and we all know that is not true. **Having doctors to believe that the tubes are sterile is not right. The tubes could be sterile inside but not on the ouside of the tube; the package is a "cheese like wrap" and**

**EXHIBIT 4**

Sutures

TMJ & Craniofacial Pain

## BRANDS

PRF Centrifuge

DUO Centrifuges by Choukroun

PRF Tools

View all brands

**definetly is not sterile packed.** Plus, once you open a set or 60 tubes that intralock sells, you use 4 or 6 tubes and the remaining tubes will stay exposed to the air contaminants, making those tubes pyrogenic. **Any Doctor that uses the intra-Lock tubes is placing the patient's health and life at risk and also, the doctors using such tubes are taking mayor liability and license suspecsion risks. Those risks apply also to all doctors using any brand of regular lab tubes that are not wrapped individually for infection control and sterilization.**

**See report at FDA website here**

**See our presentation to learn why using the Intra-Lock's intraspin system puts your dental license at risk of suspension: Here**

**See the truth about Intra-Lock's L-PRF system here**

 Please send any comments or questions: info@bocadentalsupply.com

Want to support our effort to have a dangerous system recalled by the FDA?

Download Dentist Statement here pdf

**RSS feeds are used for syndicating regularly changing content on a web site, including this one. You can open an RSS feed using an RSS reader and use it to see if there is any new content on this site or you can set up a server-side script to parse the feed and display it on your web site.**

## RECENT NEWS

The recent news feed contains the latest 10 news items published on Boca Dental Supply.

Latest 10 News Items (RSS)

Latest 10 News items (Atom)

## NEW PRODUCTS

The latest products feed contains the latest 10 products added to Boca Dental Supply.

Latest 10 New Products (RSS)

Latest 10 New Products (Atom)

## POPULAR PRODUCTS

The popular products feed contains the top 10 most popular products on Boca Dental Supply as rated by users.

Latest 10 Popular Products (RSS)

Latest 10 Popular Products (Atom)

## FEATURED PRODUCTS

The featured products feed contains the latest 10 featured products.

Latest 10 Featured Products (RSS)

Latest 10 Featured Products (Atom)

## PRODUCT SEARCHES

**Product search feeds allow you to save your custom product searches as syndication feed that will always update when there are new results.**

**To create a product search feed, perform a standard search on Boca Dental Supply and at the bottom of the page click on one of the syndication options.**

|  | Full Name |
| --- | --- |
| * | Email Address |
|  | Company Name |
|  | Phone Number |
|  | Order Number |
|  | RMA Number |
| * | Details |

SEND FORM

NEWSLETTER SIGNUP    Name                    Email

## FURTHER INFO

Home

PRF Education

About us

Contact Us

Blog

Shipping & Returns

RSS Syndication

## CATEGORIES

Blood Handling

Bone Graft Bio-Materials

Bone Graft Instruments

CHOUKROUN'S CENTRIFUGE

Composite Finishing Carbide Burs

Dental Instruments

Gloves

Implants Guides and pilot drills

Medical Equipment

Other Centrifuges

**Show all**

## BRANDS

PRF Centrifuge

DUO Centrifuges by Choukroun

PRF Tools

**View all brands**

All prices are in USD. © 2016 Boca Dental Supply | Sitemap | Powered by Bigcommerce