# Intralock vs Boca Dental Supply, LLC.

BY: DR. ALVARO BETANCUR

**EXHIBIT 5**

# Intralock vs Boca Dental Supply, LLC.

**Intralock's case is based on:**

1- Intralock has a 510k approval by the FDA.

2- Intralock has a Patent. In reality It's an application with status of "patent pending" for the Intra-Spin system and the PRF education program.

3- Intralock claims intraspin safety due to FDA 510k- FALSE STATEMENT.

**This presentation demonstrates that:**

1- Intra-lock's 510k approval from the FDA was fraudulently obtained

2- Intra-lock's Patent is "Pending" not granted legally for the intra-spin system

3- Intralock's system puts the **doctor's license at risk**, as well as patients life

# Medical Device - FDA 510K Process

-The new medical device application should have a predicate device in order to simplify the process and eliminate the need for costly medical trials.

-The predicate medical device has to have an approved 510k

- The new device application should have the same indications than the predicate device
- **The changes made to the new device should be such that it raises no new issues of safety or effectiveness.**

**The Attached documents and pictures will show how**

Intralock's 510k application was submitted to the FDA with misleading information to the FDA. **Intra-lock's system puts many patients health and lives at risk every day and the doctors using the system are at an increased risk of medical liability and license sanctions.**

# Predicate Device   vs    Intralock Device

Predicate medical device by Harvest uses **sterile pack** of tubes and needles. non pyrogenic in medical grade packaging.

Intralock Device uses standard tubes for blood collection that are **not in a sterile package**. Tubes are Pyrogenic in plastic wrap (cheese like wrapped). **Intra-lock claims sterility- False**.




# Blood collection tubes for blood process

## FDA 510K APPLICATION BY INTRALOCK

Tubes used by Intralock for the FDA application are supposed to be **plain tubes** with 510k approval. Actual 510k of the tubes is for Laboratory uses, not for PRF or PRP process.

## USED AND SOLD BY INTRALOCK

Tubes sold by Intralock with the system do not have a 510k approval for PRF or PRP. The 510k presented to FDA is for different tubes with additives.




# Blood collection tubes sold by Intralock

-Tubes are sold with the system in packs of 60 to 100 tubes. Non in sterile container or individually wrapped for single use.

-Package is made of a plastic base with plastic wrap – non sterile – that make the tubes to be Pyrogenic

-Base usually has holes that allow air to get into the pack

-**Exposed Intralock's tubes are pyrogenic**

-**Pyrogenic materials include hair, skin cells, dead bacteria's, dust, saliva spray, air contaminants, etc.**

-**Pyrogenic medical devices used in invasive bone surgery are dangerous and can kill patients, have increased failure in osseous surgery and increase the emergency room utilization.**

- **Intra-lock system increases the doctor's liability risk as well as increasing the risk of dental license suspension due to the use of non sterile supplies for invasive surgical procedures as all Bone regeneration procedures, including post-extraction site preservation.**



# Blood collection tubes sold by Intralock

-Once the plastic wrap is open to use the first 4 to 6 tubes with the first patient, the remaining tubes are left exposed to the air contaminants, for future use with other patients. The air contaminants including hair, skin cell, saliva spray, etc. will make the exposed tubes to become pyrogenic.

**Pyrogenic medical devices can make the patients very sick and kill people, and that is a fact that is placing all Dentists using the Intralock system at a higher risk of liability and serious license issues.**



# Is Intralock 510k Fair to patients & Dentists?

We have many Doctor's statements

With the Same Professional opinion:

**The intra-lock system is not safe for the patients and should be recalled by the FDA.**

**Intralock system is not even legal**

# Intralock Patent

-Patent for Intraspin by Intralock is in REFUSAL pending status.

- An appeal of a final refusal to register the mark is pending before the Trademark Trial and Appeal Board.




# Intralock deceiving advertising






# Intra-Lock's L-PRF System

Lied to the FDA to obtain the 510k approval

Lied to the Dentists

Lied to speakers

Misleading advertising

Patients life at risk

Doctors licenses at risk