UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80059-CIV-COHN-SELTZER

INTRA-LOCK INTERNATIONAL, INC., a
Florida corporation,

    Plaintiff,

vs.

BOCA DENTAL SUPPLY, LLC,
a Florida limited liability company,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Pursuant to the Confidential Settlement Agreement executed by the parties, Plaintiff INTRA-LOCK INTERNATIONAL, INC. and Defendant BOCA DENTAL SUPPLY, LLC, and Alvaro Betancur ("Betancur") hereby stipulate to the entry of an Order:

a) dismissing this action in its entirety with prejudice, in accordance with and subject to the terms of the Confidential Settlement Agreement,

b) providing for the Court to retain jurisdiction to enforce the terms of the Confidential Settlement Agreement, if necessary, with Betancur consenting to said jurisdiction, and

c) that all pending Motions be withdrawn as moot.

| DICKINSON WRIGHT PLLC | LAVIN LAW GROUP, P.A. |
|---|---|
| 350 East Las Olas Boulevard, Suite 1750 | 2670 NE 215th Street. |
| Fort Lauderdale, FL 33301 | Miami, Florida 33180 |
| Telephone: (954) 991-5427 | Telephone: (954) 967-2788 |
| Facsimile: (248) 433-7274 | Facsimile: (954) 983-7021 |
| | |
| /s/Alan J. Perlman_____ | /s/Andrew T. Lavin_____ |
| Alan J. Perlman, Esq. | Andrew T. Lavin, Esq. |
| Florida Bar No. 826006 | Florida Bar No. 260827 |
| Vijay G. Brijbasi, Esq. | E-mail: alavin@lavinlawyers.com |
| Florida Bar No. 15037 | *Defendant Boca Dental Supply, LLC* |
| E-mail:aperlman@dickinsonwright.com | *and Alvaro Betancur* |
| vbrijbasi@dickinsonwright.com | |
| *Plaintiff Intra-Lock International, Inc.* | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80059-CIV-COHN-SELTZER

INTRA-LOCK INTERNATIONAL, INC., a
Florida corporation,

    Plaintiff,

vs.

BOCA DENTAL SUPPLY, LLC,
a Florida limited liability company,

    Defendant.
_____/

**SERVICE LIST**

**Andrew T. Lavin, Esq.** (Via CM/ECF)
Lavin Law Group, P.A.
2670 N.E. 215th Street
Miami, Florida 33180
Office: (954) 967-2788
Fax: (954) 983-7021
Cell: (954) 309-0323
Email: alavin@lavinlawyers.com

FTLAUDERDALE 71785-1 6453v1