UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80059-CIV-COHN/SELTZER

INTRA-LOCK INTERNATIONAL, INC.,

    Plaintiff,

vs.

BOCA DENTAL SUPPLY, LLC,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the Parties' Joint Stipulation for Dismissal [DE 163] ("Stipulation"). The Court has reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**;

2. The Court shall retain jurisdiction to enforce the Confidential Settlement Agreement in this case, with Dr. Alvaro Betancur consenting to said jurisdiction; and

3. This Clerk of Court is **DIRECTED** to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of March, 2017.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.